IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| **AMBER MAHAFFEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) No.: 0:15-cv-4747-JFA-KDW |
| | ) |
| **TOWN OF CLOVER, CLOVER POLICE DEPARTMENT** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF SETTLEMENT

The parties hereby notify the court that they reached a settlement of all claims in this matter at mediation on December 13, 2016. On December 20, 2016, Defendant submitted the final settlement agreement with the settlement check to counsel for the Plaintiff via courier.

This settlement includes all claims and, upon execution of the agreement, this matter may be dismissed with prejudice as to all claims.

Respectfully submitted,

MALONE, THOMPSON, SUMMERS & OTT LLC

_/s/ Charles F. Thompson, Jr._
Charles F. Thompson, Jr.
Attorneys for Defendant
339 Heyward Street
Columbia, South Carolina 29201
(803) 254-3300

December 20, 2016